UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLESALE SPORTS, INC., | Case No.: 18cv1341-LAB(KSC) |
| Plaintiff, | **ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |
| v. | |
| ANDREW HENLE; LES SPORTS TRON; and JEAN H. HENLE, INC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

A Mandatory Settlement Conference ("MSC") is scheduled for ***April 23, 2020*** at ***2:00 p.m***. At the MSC, personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation is required. On March 17, 2020, Chief Judge Larry A. Burns issued an Order in

/ / /

/ / /

response to the COVID-19 public emergency ("CJO #18")[1] which, among other things, suspends the requirement under Civil Local Rule 16.1(a) that settlement conferences be conducted in person to protect public safety and prevent the spread of COVID-19. *See* CJO #18 at ¶ 9. Accordingly, the Court **MODIFIES** the MSC to be **telephonic** for all attendees.

To facilitate this modification, the Court hereby **ORDERS** as follows:

1. Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of ***2:00 p.m. and 5:00 p.m.*** on ***April 23, 2020***. All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

2. On ***April 23, 2020*** at ***2:00 p.m.***, counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630, and press "*" when prompted for a security code. The Court will initially confer jointly with counsel and the parties. Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendants, respectively. To this end, each party must provide the Court with a single phone number to use to initiate these calls. The telephone number provided for a party must be one the Court can use to reach each counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions. ***No later than April 20, 2020***, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (*i.e.*, conference line passcodes).

/ / /

/ / /

/ / /

---

[1] CJO #18 is available on the Court's website at https://www.casd.uscourts.gov.

(KSC)

3.     The parties are directed to limit confidential MSC statements to ***20 pages or less, including exhibits***. Confidential MSC statements must be emailed to efile_crawford@casd.uscourts.gov by ***April 17, 2020***.

IT IS SO ORDERED.

Dated:  April 7, 2020

Hon. Karen S. Crawford
United States Magistrate Judge

(KSC)